AO 93 (Rev. 12/09) Search and Seizure Warrant

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 30 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
для the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ 15-301-2
)
Apple 5(s) iPhone IMEI 013981000297594 with SIM card )
8930261020 )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Washington    
*(identify the person or describe the property to be searched and give its location)*:
Apple 5(s) iPhone IMEI 013981000297594 with SIM card 8930261020 currently being held at HSI custody in Blaine, Washington.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B for List of Items to be Searched and or Seized.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                              *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge     any U.S. Magistrate Judge in Western Dist. of Washington    .
                                                                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for _____ days *(not to exceed 30)*.
                                                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    7/1/2015 1030 am          _____
                                                                                           *Judge's signature*

City and state:     Bellingham, Washington          Dean Brett, United States Magistrate Judge
                                                                                           *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: MJ15-301-2 | Date and time warrant executed: July 7, 2015  9:00am | Copy of warrant and inventory left with: Seized Item |
| Inventory made in the presence of: SA Ian Wallace |||
| Inventory of the property taken and name of any person(s) seized: Data Extraction of Apple iPhone 013981000297594 with SIM card 8930261020   Nothing to Follow |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-27-15

_____
Executing officer's signature

Jennifer Hinckley - HSI Special Agent
Printed name and title

## ATTACHMENT B

The Subject Devices may be searched only for the following items:

    i.     Assigned telephone number and identifying serial number (e.g., ESN, MIN, IMSI, IMEI);

    ii.    Stored list of recently received, sent, or missed calls;

    iii.   Stored contact information;

    iv.   Stored photographs of narcotics, currency, guns or other weapons, suspected criminal activity, and/or the user of the phone or co-conspirators, with associated metadata for those photographs; and

    v.    Stored text messages.